**92–1503.** Geauga Cty. Bd. of Commrs. v. Munn Rd. Sand & Gravel. *Geauga County*, No. 91–G–1650. On motion for leave to file *amicus* of County Commissioners' Association of Ohio. Motion granted.

**92–1747.** State v. Lentz. *Trumbull County*, No. 91–T–4622. On motion to dismiss. Motion denied.

MOYER, C.J., WRIGHT and F.E. SWEENEY, JJ., dissent.

**92–2369.** State v. Vallejo. *Wood County*, No. 92–WD–071. On motion for leave to file supplemental appendix instanter. Motion granted.

**92–2410.** Blaschak v. Union Savings Bank & Trust Co. *Jefferson County*, No. 91–J–7. On motion to dismiss. Motion denied.

F.E. SWEENEY and PFEIFER, JJ., dissent.

**92–2460.** State v. Fort. *Cuyahoga County*, No. 56922. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**92–2486.** State v. Blackshear. *Wood County*, No. WD–87–80. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**92–2487.** State v. Cunningham. *Seneca County*, No. 13–92–5. On motion for leave to file delayed appeal. Motion denied.

DOUGLAS and PFEIFER, JJ., dissent.

**92–2513.** State v. Ridenbaugh. *Licking County*, 92–CA–51. On motion to consolidate with 92–2514, *State v. Ridenbaugh*, Licking County, No. 92–CA–48. Motion granted.

**92–2518.** State v. Agee. *Cuyahoga County*, No. 59984. On motion for leave to file delayed appeal. Motion granted.

F.E. SWEENEY, J., dissents.

**92–2522.** DeVito v. Acceleration Life Ins. Co. *Licking County*, No. 92–CA–60. On motion for leave to withdraw as counsel and on request for extension of time. Motion and request granted. A thirty-day extension is allowed.

**92–2533.** State v. Hitt. *Summit County*, No. 15414. On motion for leave to file delayed appeal. Motion granted.

A.W. SWEENEY and F.E. SWEENEY, JJ., dissent.

**92–2551.** Kindness v. Ohio Bd. of Dietetics. *Franklin County*, No. 92AP–682. On motion to consolidate with 92–2550, *Strandwitz v. Ohio Bd. of Dietetics*, Franklin County, No. 92AP–681. Motion granted.

**92–2553.** Gem Savings Assn. v. Fitzpatrick Realty Co. *Montgomery County*, No. 12719. On motion for leave to file notice of appeal instanter. Motion granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

On motion for leave to exceed page limit. Motion denied.

A.W. SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**92–2621.** State v. Jones. *Cuyahoga County*, No. 59826. On motion for leave to file delayed appeal. Motion granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

## JURISDICTIONAL MOTIONS ALLOWED